UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSE CONCEPCION RUIZ-CHAVEZ,<br><br>                Defendant. | CASE NO. CR20-065-JLR<br><br>**ORDER EXTENDING THE DEADLINE FOR PRETRIAL MOTIONS AND CONTINUING THE CURRENT TRIAL DATE PURSUANT TO GENERAL ORDER NOS. 01-20 – 08-20** |

THIS MATTER comes before the Court on defense's Motion to Extend Deadline for Pretrial Motions and the United States' Motion to Continue the Current Trial Date Pursuant to General Order Nos. 01-20 – 08-20 (collectively, "Motions").

The Court, having reviewed the Motions, General Order Nos. 01-20 – 08-20, and the other papers and pleadings filed in this matter, hereby FINDS:

1) With a current trial date of June 29, 2020, this case falls within the class of cases continued by General Order Nos. 07-20 and 08-20;

Order Extending the Pretrial Motions Deadline and
Continuing the Current Trial Date
CR20-065-JLR, *U.S. v. Jose Concepcion Ruiz-Chavez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2) The Court adopts and incorporates by reference the findings reflected in General Order Nos. 01-20 – 08-20; and,

3) Pursuant to these General Orders, the ends of justice served by continuing the trial in this case outweigh the best interest of the public and the defendant to a speedy trial.

NOW, THEREFORE, THE COURT ORDERS:

1) The current trial date of June 29, 2020 is stricken, as is the May 18, 2020 pretrial motions date;

2) Absent contrary order of the Court, a status conference will be held on August 10, 2020 at 3:30 p.m. for the purpose of setting a new trial date;

3) Pretrial motions shall be filed on or before July 16, 2020; and,

4) Pursuant to General Order Nos. 01-20 – 08-20, the time between entry of this order and the August 10, 2020, status conference is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated this 4th day of June, 2020.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*/s Michelle Jensen*
DONALD M. RENO, JR.
MICHELLE JENSEN
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-7970
Don.Reno@usdoj.gov
Michelle.Jensen@usdoj.gov

Order Extending the Pretrial Motions Deadline and
Continuing the Current Trial Date
CR20-065-JLR, *U.S. v. Jose Concepcion Ruiz-Chavez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970